*Decisions by the Presiding Justice on Applications to Appeal from the Appellate Term.*

BARNEY FRIEDENBERG, Respondent, v. WATSON AUTO SALES CORPORATION, Appellant.— Application granted, without costs.

FRANK GINDOFF, etc., Respondent, v. GENERAL BUFF COMPANY, INC., Appellant.— Application denied, with ten dollars costs.

GRAND CENTRAL MARKET, INC., Respondent, v. THE CITY OF NEW YORK, Appellant.— Application denied, with ten dollars costs.